FILED

06/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0006

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

TREVOR JOSEPH MERCIER,

> Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 17, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 12 2020